UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.R., individually and on behalf of J.S., a minor,

                Plaintiff,

- against -

UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, PFIZER INC., and the PFIZER HEALTH and WELFARE BENEFIT PLAN

                Defendants.
-------------------------------------------------------------X

23 Civ. 04748 (GHW) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      It has come to the Court's attention that United Exhibit 2 to the Declaration of Shari Jackson (Dkt. No. 26-1) filed in support of Defendants' Motion to Dismiss contains the name of an individual that should have been redacted under Fed. R. Civ. P. 5.2(a). Pursuant to Fed. R. Civ. P. 5.2(e), Defendants are hereby directed to file a corrected version of Dkt. No. 26-1 that redacts this information. The Clerk of Court is directed to strike the Declaration of Shari Jackson, located at Dkt. No. 26-1.

      **SO ORDERED.**

DATED:    New York, New York
              October 19, 2023

                                                                          GARY STEIN
                                                                         United States Magistrate Judge