UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M.R., *individually and on behalf of J.S. a minor.*,

                        Plaintiff,

          -against-

UNITED HEALTHCARE INSURANCE COMPANY, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**23 Civ. No. 4748 (GHW) (GS)**

**<u>VIDEO STATUS CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, January 9, 2025 at 2:00 p.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [294 329 598 889] Passcode: [Lp97cT7V]**

      SO ORDERED.

DATED:   New York, New York
                 November 21, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge