UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.R.,

                              Plaintiff,                    23 Civ. No. 4748 (GHW) (GS)

         -against-                            **RESCHEDULING ORDER**

UNITED HEALTHCARE INSURANCE
COMPANY, *et al.*,

                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Because January 9, 2024 has been declared a federal holiday, the Status Conference scheduled for **Thursday, January 9, 2025** at **2:00 p.m.** is hereby adjourned to **Wednesday, February 5, 2025** at **11:00 a.m.** Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click Here To Join The Meeting. [**Meeting ID:294 329 598 889**] [**Passcode: Lp97cT7V.**]

       SO ORDERED.

DATED:     New York, New York
               January 7, 2025

                                                                                       _____
                                                                                         The Honorable Gary Stein
                                                                                         United States Magistrate Judge