```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.R., individually and on behalf of J.S.,      :
a minor,                                        :
                                                :    23 Civ. 04748 (GHW) (GS)
                   Plaintiff,                   :
                                                :              ORDER
           - against -                          :
                                                :
UNITED HEALTHCARE INSURANCE                     :
COMPANY, UNITED BEHAVIORAL                      :
HEALTH, PFIZER INC., and the PFIZER             :
HEALTH and WELFARE BENEFIT PLAN,                :
                                                :
                   Defendants.                  :
-------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

A status conference was held on February 5, 2025. Defendants UnitedHealthcare Insurance Company, United Behavioral Health, Pfizer Inc., and the Pfizer Health and Welfare Benefit Plan intend to move to stay this action pending final approval of the settlement agreement in the *R.B. v. United Behavioral Health* class action, Case No. 21 Civ. 00553, in the Northern District of New York. As stated on the record, the Court set the following briefing schedule on the motion to stay:

- **Defendants' moving papers are due by Wednesday, February 26, 2025.**
- **Plaintiff's Opposition is due by Wednesday, March 19, 2025.**
- **Defendants' reply, if any, is due by Wednesday, March 26, 2025.**

In light of the intended motion, the February 12, 2025 discovery deadline is adjourned *sine die*.

**SO ORDERED.**

DATED:   New York, New York
         February 5, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge