

**MEMO ENDORSED**

**Rebecca R. Hanson**
Direct Phone:  +1 312 207 2428
Email:  rhanson@reedsmith.com

**Molly E. Nehring**
Direct Phone:  +1 312 207 2846
Email:  mnehring@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

February 18, 2025

*Via ECF*
Magistrate Judge Gary Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *M.R. v. United Healthcare Insurance Company, et al.*,
     No. 1:23-CV-4748 (S.D.N.Y.)

Dear Judge Stein:

    We represent Defendants UnitedHealthcare Insurance Company, United Behavioral Health (collectively, "United"), Pfizer Inc. ("Pfizer"), and the Pfizer Health and Welfare Benefit Plan (the "Plan" and together with United and Pfizer, "Defendants") in the above-referenced matter. Together with Plaintiff M.R. ("Plaintiff" and together with Defendants, the "Parties"), the Parties submit this Letter Brief requesting an extension of time to brief the issues relating to Defendants' Motion to Stay pending Class Action Proceeding (Dkt. No. 63) as the Parties have engaged in discussions in an attempt to resolve this issue.

    Pursuant to the Court's February 5, 2025 Order (Dkt. No. 65), the current briefing schedule and our proposed extended deadlines are as follows:

|  | **Current Deadlines** | **Proposed Deadlines** |
|---|---|---|
| Defendants' Opening Brief: | February 26, 2025 | March 19, 2025 |
| Plaintiff's Response Brief: | March 19, 2025 | April 9, 2025 |
| Defendants' Reply in Support: | March 26, 2025 | April 16, 2025 |

Respectfully submitted,

/s/ *Rebecca R. Hanson*
Molly E. Nehring
Rebecca R. Hanson (admitted *pro hac vice*)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606

/s/ *Brian S. King (with permission)*
Brian S. King
Brian S. King, PC
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
brian@briansking.com

ReedSmith

Magistrate Judge Gary Stein
February 18, 2025
Page 2

   mnehring@reedsmith.com
   rhanson@reedsmith.com

*Attorney for Defendants*          *Attorney for Plaintiff*

cc: Counsel of Record (*via CM/ECF*)

Application granted. The proposed deadlines described herein are acceptable to the Court.

Date:  February 19, 2025
       New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

2