

**Rebecca R. Hanson**
Direct Phone: +1 312 207 2428
Email: rhanson@reedsmith.com

**Molly E. Nehring**
Direct Phone: +1 312 207 2846
Email: mnehring@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

March 13, 2025

*Via ECF*
Magistrate Judge Gary Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *M.R. v. United Healthcare Insurance Company, et al.*,
   No. 1:23-CV-4748 (S.D.N.Y.)

Dear Judge Stein:

We represent Defendants UnitedHealthcare Insurance Company, United Behavioral Health (collectively, "United"), Pfizer Inc. ("Pfizer"), and the Pfizer Health and Welfare Benefit Plan (the "Plan" and together with United and Pfizer, "Defendants") in the above-referenced matter. Together with Plaintiff M.R. ("Plaintiff" and together with Defendants, the "Parties"), the Parties submit this Letter Brief requesting a ninety-day (90) stay of this proceeding pending final approval of a settlement agreement in a related class action. In support of this request, the Parties state as follows:

As Your Honor is aware, Plaintiff has been identified as a class member in the *R.B. v. United Behavioral Health* class action, Case No. 1:21-CV-00553, currently pending in the Northern District of New York (the "Class Action"). On January 17, 2025, the court in the Class Action preliminarily approved a settlement agreement ("January Order") which is set for final approval hearing on May 28, 2025. As part of the January Order, the court preliminary enjoined class members from asserting any of the claims released as part of the settlement, which Defendants believe includes the claims at issue in this case. On February 5, 2025, counsel for the Parties were before Your Honor at which time a briefing schedule was set for Defendants' Motion to Stay pending Class Action Proceeding (Dkt. No. 63), which schedule was amended on February 19, 2025 (Dkt. No. 67) to allow the Parties time to confer on settlement.

On March 12, 2025, the Parties conferred, at which time Plaintiff's counsel confirmed Plaintiff had received notice of the Class Action settlement and indicated Plaintiff intends to object to that settlement before the Class Action court.

Accordingly, in light of the above, the Parties respectfully request i) a ninety-day (90) stay of this proceeding to allow Plaintiff to continue to pursue issues related to the Class Action settlement, avoid unnecessary briefing, and provide additional time for the Parties to confer on settlement and ii) that the Parties be ordered to submit a joint status report in ninety (90) days.

Magistrate Judge Gary Stein
March 13, 2025
Page 2

**ReedSmith**

Respectfully submitted,

| | |
|---|---|
| /s/ *Rebecca R. Hanson* | /s/ *Brian S. King (with permission)* |
| Molly E. Nehring | Brian S. King |
| Rebecca R. Hanson (admitted *pro hac vice*) | Brian S. King, PC |
| Reed Smith LLP | 420 E. South Temple, Suite 420 |
| 10 S. Wacker Drive, 40th Floor | Salt Lake City, UT 84111 |
| Chicago, IL 60606 | brian@briansking.com |
| mnehring@reedsmith.com | |
| rhanson@reedsmith.com | |
| | |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

cc: Counsel of Record (*via CM/ECF*)

**Application granted. This action shall be stayed for 90 days for the reasons cited in this letter and in view of the pending class action settlement in R.B. v. United Behavioral Health, Case No. 21 Civ. 00553, in the Northern District of New York. The parties are directed to submit a joint status letter by no later than Friday, June 13, 2025.**

**Date: March 17, 2025**
      **New York, NY**

SO ORDERED:

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE