ReedSmith
Driving progress
through partnership

**Rebecca R. Hanson**
Direct Phone: +1 312 207 2428
Email: rhanson@reedsmith.com

**Molly E. Nehring**
Direct Phone: +1 312 207 2846
Email: mnehring@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

**MEMO ENDORSED**

Application granted. This action shall be stayed for an additional 90 days pending resolution of the Class Action settlement in R.B. v. United Behavioral Health, Case No. 21 Civ. 00553, in the Northern District of New York. The parties are directed to submit a joint status letter by no later than Friday, September 12, 2025.

Date: June 13, 2025
New York, NY

SO ORDERED:

[signature]

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

June 13, 2025

***Via ECF***
Magistrate Judge Gary Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *M.R. v. United Healthcare Insurance Company, et al.*,
No. 1:23-CV-4748 (S.D.N.Y.)**

Dear Judge Stein:

We represent Defendants UnitedHealthcare Insurance Company, United Behavioral Health (collectively, "United"), Pfizer Inc. ("Pfizer"), and the Pfizer Health and Welfare Benefit Plan (the "Plan" and together with United and Pfizer, "Defendants") in the above-referenced matter. Together with Plaintiff M.R. ("Plaintiff" and together with Defendants, the "Parties"), the Parties submit this joint status report pursuant to Your Honor's March 17, 2025 Order (Dkt. No. 69) and, further, request an additional ninety-day (90) stay of this proceeding pending final approval of a settlement agreement in a related class action. In support of this request, the Parties state as follows:

As Your Honor is aware, Plaintiff has been identified as a class member in the *R.B. v. United Behavioral Health* class action, Case No. 1:21-CV-00553, currently pending in the Northern District of New York (the "Class Action"). On January 17, 2025, the court in the Class Action preliminarily approved a settlement agreement ("January Order") which was originally set for final approval hearing on May 28, 2025. As part of the January Order, the court preliminary enjoined class members from asserting any of the claims released as part of the settlement, which Defendants believe includes the claims at issue in this case. On February 5, 2025, counsel for the Parties were before Your Honor at which time a briefing schedule was set for Defendants' Motion to Stay pending Class Action Proceeding (Dkt. No. 63), which schedule was amended on February 19, 2025 (Dkt. No. 67) to allow the Parties time to confer on settlement. In lieu of such briefing, on March 13, 2025, the Parties submitted a Joint Letter Brief requesting a ninety-day (90) stay of this proceeding to allow Plaintiff to continue to pursue issues related to the Class Action settlement, which this Court granted on March 17, 2025 (Dkt. No. 69).

On April 3, 2025, Plaintiff submitted an objection to the Class Action settlement. Thereafter, on May 8, 2025, the Class Action Court adjourned that final approval hearing to August 27, 2025 (*see* Class Action Dkt.) Accordingly, the Parties respectfully request i) an additional ninety-day (90) stay of this proceeding until after the Class Action settlement is resolved and ii) that the Parties be ordered to submit a joint status report in ninety (90) days.

Respectfully submitted,

/s/ *Rebecca R. Hanson*
Molly E. Nehring
Rebecca R. Hanson (admitted *pro hac vice*)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
mnehring@reedsmith.com
rhanson@reedsmith.com

*Attorney for Defendants*

/s/ *Brian S. King (with permission)*
Brian S. King
Brian S. King, PC
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
brian@briansking.com

*Attorney for Plaintiff*

cc: Counsel of Record (*via CM/ECF*)