USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

**UNITED STATES DISCTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

M.R., individually and on behalf of J.S., a minor,

Plaintiff,

-against-

UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, PFIZER INC. and PFIZER HEALTH AND WELFARE BENEFIT PLAN,

Defendants.

23 Civ. No. 4748 (GHW)(GS)

**ORDER DISMISSING CASE WITH PREJUDICE**

Hon. Gregory H. Woods

Magistrate Judge Gabriel W. Gorenstein

Before the Court is a stipulated motion to dismiss this action with prejudice. Based on the parties' stipulated motion and the Class Action settlement in 1:21-cv-00553, before the U.S. Northern District of New York, the Court GRANTS the motion and ORDERS:

This case is hereby dismissed this with prejudice.

Each party is to bear its own fees and costs.

Dated this 9 day of July 2026.
New York, New York

GREGORY H. WOODS
United States District Judge